# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

DONALD BRUNET

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

C07-05787 ADR PJH

LIFE INSURANCE COMPANY
OF NORTH AMERICA

E-filing

TO: (Name and address of defendant)

Life Insurance Company of North America
1601 Chestnut Street
Philadelphia, PA  19192

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Resneck, Esq., SB#48535
Attorney at Law
Two Theatre Square, Suite 234
Orinda, CA  94563

an answer to the complaint which is herewith served upon you, within  20   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE NOV 14 2007

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>WILLIAM A. RESNECK, Esq.<br>TWO THEATRE SQUARE<br>SUITE 234<br>ORINDA, CA 94563 | Telephone No.: (925) 253-0500<br>Bar #48535 | For Court Use Only |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>BRUNET | |

Insert name of Court, and Judicial District and Branch Court:
U. S. District Court, Northern District Of California

Plaintiff: DONALD BRUNET
Defendant: LIFE INSURANCE COMPANY OF NORTH AMERICA

| PROOF OF SERVICE<br>(Summons In A Civil Case;) | Hearing Date: | Time: | Dept/Div | Case Number:<br>C07-05787 PJH |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and **I served copies** of the: Summons In A Civil Case; Complaint; Order Setting Initial Case Management Conference And A D R Deadlines; Order Requiring Joint Case Management Statement And Appearance At Case Management Conference; Standing Order For All Judges; Notice Of Availability Of Magistrate Judge; Blank Consent To Proceed; E C F Registration Information Handout

2. a. Party Served:    LIFE INSURANCE COMPANY OF NORTH AMERICA (Defendant)

   b. Person Served:   MARGARET WILSON - PERSON AUTHORIZED BY THE CORPORATION TO ACCEPT SERVICE OF PROCESS

   c. Address:         CT CORPORATION SYSTEM
                       818 WEST SEVENTH STREET
                       LOS ANGELES, CA 90017

3. I served the party named in item 2
   a. **by personally delivering** the copies
      (1) on:    Tue, Nov. 27, 2007
      (2) at:    1:00PM

5. Person serving:
   RICH WILSON
   **SAME DAY ATTORNEY SERVICE**
   (REGISTERED ALAMEDA COUNTY #584)
   725 WASHINGTON ST, SUITE 200
   OAKLAND, CA 94607
   (510) 444-1441

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   a. Fee for service: $95.00
   d. Registered California process server.
      (2) Registration No.: 5613
      (3) County: LOS ANGELES

6. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Nov. 29, 2007

Jud. Coun. form, rule 982(a)(23)                    PROOF OF SERVICE                    (Signature)         RESNECK.32701