1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant
6  LIFE INSURANCE COMPANY
   OF NORTH AMERICA
7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| DONALD BRUNET, | Case No.:   CV07-05787 PJH |
| Plaintiff, | **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | [Civil L.R. 6-1(a)] |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Honorable Phyllis J. Hamilton |
| Defendants. | Filing Date   :   November 14, 2007 |

**IT IS HEREBY STIPULATED**, by and between the parties to this action, through their attorneys of record, pursuant to Local Rule 6.1(a), as follows:

1.     The response of defendant Life Insurance Company of North America ("LINA"), to plaintiff Donald Brunet's Complaint, filed on November 14, 2007, currently is due on or before December 17, 2007; and

---

1
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case #CV07-05787 PJH
316347.1

|   |   |
|---|---|
| 1 | 2. The parties have agreed that defendant LINA shall have an extension until and |
| 2 | including January 3, 2008 to answer or otherwise respond to the Complaint herein. |
| 3 | **IT IS SO STIPULATED.** |

Date: December____, 2007                    WILSON, ELSER, MOSKOWITZ,
                                                                    EDELMAN & DICKER LLP

By: _____
     Adrienne C. Publicover
     Dennis J. Rhodes
     Attorneys for Defendant
     LIFE INSURANCE COMPANY OF NORTH
     AMERICA

Date: December 13, 2007                    By: _____
                                                                  William A. Resneck, Esq.
                                                                  Attorneys for Plaintiff
                                                                  DONALD BRUNET

---

2
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case #CV07-05787 PJH
316347.1

**CERTIFICATE OF SERVICE**
*Donald Brunet v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05787 PJH*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

William A. Resneck, Esq.
Attorney at Law
Two Theatre Square, Suite 234
Orinda, CA  94563
Tel:    (925) 253-0500
Fax:    (925) 253-0502
Email: waresneck@aol.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 13, 2007**, at San Francisco, California.

_____
Nancy Li

---

3
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
USDC NDCA Case #CV07-05787 PJH
316347.1