```
 1  ADRIENNE C. PUBLICOVER  (SBN 161432)
    DENNIS J. RHODES  (SBN 168417)
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA  94105
 4  Telephone:   (415) 433-0990
    Facsimile:   (415) 434-1370
 5
    Attorneys for Defendant
 6  LIFE INSURANCE COMPANY
    OF NORTH AMERICA
 7
 8
 9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
12
13
14  DONALD BRUNET,                    )  Case No.:   CV07-05787 PJH
                                      )
15         Plaintiff,                 )  SECOND STIPULATION EXTENDING
                                      )  TIME TO ANSWER OR OTHERWISE
16      v.                            )  RESPOND TO COMPLAINT
                                      )  [Civil L.R. 6-1(a)]
17  LIFE INSURANCE COMPANY OF NORTH   )
    AMERICA,                          )  Honorable Phyllis J. Hamilton
18                                    )
           Defendants.                )  Filing Date   :   November 14, 2007
19  _____ )
```

20

21      **IT IS HEREBY STIPULATED**, by and between the parties to this action, through their

22  attorneys of record, pursuant to Local Rule 6.1(a), as follows:

23      1.      The response of defendant Life Insurance Company of North America ("LINA"), to

24  plaintiff Donald Brunet's Complaint, filed on November 14, 2007, currently is by prior stipulation

25  of the parties due on or before January 3, 2008; and

26

---

27

28  SECOND STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
    USDC NDCA Case #CV07-05787 PJH
    318810.1

1

1  2. The parties have agreed that defendant LINA shall have an extension until and
2  including January 9, 2008 to answer or otherwise respond to the Complaint herein.
3  **IT IS SO STIPULATED.**
4
5  Date: January 3, 2008                         WILSON, ELSER, MOSKOWITZ,
6                                                                      EDELMAN & DICKER LLP
7
8                                                      By: _____
                                                            Adrienne C. Publicover
9                                                           Dennis J. Rhodes
                                                            Attorneys for Defendant
10                                                         LIFE INSURANCE COMPANY OF NORTH
                                                            AMERICA
11
12 Date: January 2, 2008                         By: _____
                                                            William A. Resneck, Esq.
13                                                         Attorneys for Plaintiff
                                                            DONALD BRUNET
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                                         2
    SECOND STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
28  USDC NDCA Case #CV07-05787 PJH
    318810.1

**CERTIFICATE OF SERVICE**
*Donald Brunet v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05787 PJH*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**SECOND STIPULATION EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    :  **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

William A. Resneck, Esq.
Attorney at Law
Two Theatre Square, Suite 234
Orinda, CA 94563
Tel:    (925) 253-0500
Fax:    (925) 253-0502
Email: waresneck@aol.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **January 3, 2008**, at San Francisco, California.

_____
Nancy Li