## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DONALD BRUNET

           Plaintiff(s),

           v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

           Defendant(s).

_____/

Case No.      C07-05787 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 12, 2008

                                        [Party] DONALD BRUNET

Dated: February 12, 2008

                                        [Counsel] WILLIAM A. RESNECK