UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: February 21, 2008                                JUDGE: Phyllis J. Hamilton

Case No: C-07-5787 PJH

Case Name: Donald Brunet v. Life Insurance Company of North America

Attorney(s) for Plaintiff:      William A. Resneck
Attorney(s) for Defendant:   Charan M. Higbee

**Deputy Clerk**: Nichole Heuerman              **Court Reporter**: Not Reported

PROCEEDINGS

     Initial Case Management Conference-Held.  Defense counsel to produce the administrative record within two weeks. The court will allow an early motion for summary judgement re: standard of review and a motion re: right to discovery.  The parties shall file the motions within 60 days and they shall be noticed on a 35 day briefing schedule.  Once an order is issued on the motions the parties shall submit a stipulated briefing schedule for cross motions for summary judgment.  The parties are handed copies of the courts pretrial instructions.

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** file