1 | WILLIAM RESNECK (SBN 48535)
Two Theatre Square, Suite 234
2 | Orinda, CA 94563
Telephone (925) 253-0500
3 | Facsimile (925) 253-0502

4 | Attorney for Plaintiff
Donald Brunet

5 |
ADRIENNE C. PUBLICOVER (SBN 161432)
6 | DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
7 |    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
8 | San Francisco, CA 94105
Telephone:   (415) 433-0990
9 | Facsimile:   (415) 434-1370

10 | Attorneys for Defendant
LIFE INSURANCE COMPANY
11 | OF NORTH AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BRUNET, | Case No.:   CV07-05787 PJH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Honorable Phyllis J. Hamilton |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Filing Date  :   November 14, 2007 |
| Defendants. | |

Plaintiff Donald Brunet ("Plaintiff"), and defendant Life Insurance Company of North America ("Defendant"), through their respective attorneys of record, William Resneck, Esq. on behalf of Plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of Defendant, HEREBY STIPULATE that the above-captioned matter and all

---

1
STIPULATION OF DISMISSAL WITH PREJUDICE
USDC NDCA Case #CV07-05787 PJH
350444.1

1  claims for relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to
2  the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.
3  **IT IS SO STIPULATED.**
4
5  Date: May 7, 2008                                                WILSON, ELSER, MOSKOWITZ,
6                                                                                    EDELMAN & DICKER LLP
7
8                                                                          By: _____/s/ Dennis J. Rhodes_____
                                                                                    Adrienne C. Publicover
9                                                                                   Dennis J. Rhodes
                                                                                    Attorneys for Defendant
10                                                                                  LIFE INSURANCE COMPANY OF NORTH
                                                                                    AMERICA
11
12  Date: May 6, 2008
13
14                                                                        By: _____/s/ William A. Resneck_____
                                                                                   William A. Resneck, Esq.
15                                                                                 Attorneys for Plaintiff
                                                                                   DONALD BRUNET
16
17                                                                **ORDER**
18  **IT IS SO ORDERED.**
19
20  Date:_____                                       By:_____
21                                                                                 Honorable Phyllis J. Hamilton
                                                                                   UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27                                                                  2
                                            STIPULATION OF DISMISSAL WITH PREJUDICE
28  USDC NDCA Case #CV07-05787 PJH
    350444.1

**CERTIFICATE OF SERVICE**
*Donald Brunet v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05787 PJH*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

William A. Resneck, Esq.
Attorney at Law
Two Theatre Square, Suite 234
Orinda, CA 94563
Tel:    (925) 253-0500
Fax:    (925) 253-0502
Email: waresneck@aol.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **May 7, 2008**, at San Francisco, California.

_____
Nancy Li

---

3
STIPULATION OF DISMISSAL WITH PREJUDICE
USDC NDCA Case #CV07-05787 PJH
350444.1