1  WILLIAM RESNECK (SBN 48535)
   Two Theatre Square, Suite 234
2  Orinda, CA 94563
   Telephone (925) 253-0500
3  Facsimile (925) 253-0502

4  Attorney for Plaintiff
   Donald Brunet
5
   ADRIENNE C. PUBLICOVER (SBN 161432)
6  DENNIS J. RHODES (SBN 168417)
   WILSON, ELSER, MOSKOWITZ,
7     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
8  San Francisco, CA 94105
   Telephone:   (415) 433-0990
9  Facsimile:   (415) 434-1370

10 Attorneys for Defendant
   LIFE INSURANCE COMPANY
11 OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONALD BRUNET, | Case No.: CV07-05787 PJH |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Honorable Phyllis J. Hamilton |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Filing Date : November 14, 2007 |
| Defendants. | |

Plaintiff Donald Brunet ("Plaintiff"), and defendant Life Insurance Company of North America ("Defendant"), through their respective attorneys of record, William Resneck, Esq. on behalf of Plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of Defendant, HEREBY STIPULATE that the above-captioned matter and all

---
1
STIPULATION OF DISMISSAL WITH PREJUDICE
USDC NDCA Case #CV07-05787 PJH
350444.1

1  claims for relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to
2  the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

3      **IT IS SO STIPULATED.**

5  Date: May 7, 2008                                       WILSON, ELSER, MOSKOWITZ,
                                                                          EDELMAN & DICKER LLP

                                                 By:_____*/s/ Dennis J. Rhodes*_____
                                                           Adrienne C. Publicover
                                                           Dennis J. Rhodes
                                                           Attorneys for Defendant
                                                           LIFE INSURANCE COMPANY OF NORTH
                                                           AMERICA

Date: May 6, 2008

                                                By:_____*/s/ William A. Resneck*_____
                                                           William A. Resneck, Esq.
                                                           Attorneys for Plaintiff
                                                           DONALD BRUNET

                                                           **ORDER**

    **IT IS SO ORDERED.**

Date: 5/8/08                                         By:_____
                                                  Honorable Phyllis J. Hamilton
                                                  UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

---

2
STIPULATION OF DISMISSAL WITH PREJUDICE
USDC NDCA Case #CV07-05787 PJH
350444.1

**CERTIFICATE OF SERVICE**
*Donald Brunet v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05787 PJH*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→   : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

William A. Resneck, Esq.
Attorney at Law
Two Theatre Square, Suite 234
Orinda, CA  94563
Tel:    (925) 253-0500
Fax:    (925) 253-0502
Email: waresneck@aol.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **May 7, 2008**, at San Francisco, California.

_____
Nancy Li

3
STIPULATION OF DISMISSAL WITH PREJUDICE

USDC NDCA Case #CV07-05787 PJH
350444.1